# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| LATWAHN McELROY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROY COX, et al.,<br><br>　　　　　Defendants. | Civil No.　　1:08-cv-1221 JTM (AJB)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>**Doc. No. 15** |

　　　　On August 19, 2008, Plaintiff, an inmate currently incarcerated at California State Prison located in Represa, California and proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1.)  Pending before the court is Defendants' motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6), filed July 8, 2009.  (Doc. No. 15.)

//

　　　　Plaintiff shall file and serve his opposition to the motion **no later than July 31, 2009.**  A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question.  Failure of the responding party to file opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion.  The moving party may serve and file a reply to the opposition **no later than**

1  **August 14, 2009**, at which time the matter will be taken under submission without oral argument.

2  DATED: July 15, 2009

3
4  Hon. Jeffrey T. Miller
   United States District Judge