UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Latwahn McElroy<br>CDCR #P-71922<br>　　　　　Plaintiff,<br>v.<br>Roy Cox, et. al.,<br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil No. 08cv1221 JM (AJB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO VACATE SCHEDULING ORDER**<br><br>[Doc. No. 35.] |

On March 5, 2010, Defendants filed a motion to vacate scheduling order filed on November 3, 2009 because Plaintiff filed an amended complaint on February 1, 2010 adding five new defendants. On March 19, 2010, District Judge Miller issued an order directing the United States Marshall to effect service of the first amended complaint upon the five additional defendants after having determined that the first amended complaint survived the *sua sponte* screening required by 28 U.S.C. §§1915(e)(2) and 1915A(b). Based on Judge Miller's order, the Court GRANTS Defendants' motion to vacate the scheduling order filed on November 3, 2009. Once an answer has been filed, the Court will set another case management conference.

IT IS SO ORDERED.

DATED: March 24, 2010

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court