UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Latwahn McElroy<br>CDCR #P-71922 | ) | Civil No. 08cv1221 JM (AJB) |
|                 Plaintiff,<br>v. | )<br>)<br>) | **ORDER SETTING BRIEFING SCHEDULE** |
| Roy Cox, et. al., | ) | |
|                 Defendants. | )<br>) | |

On December 17, 2010, Defendants filed a motion to compel discovery responses. Specifically it seeks an order compelling Plaintiff to respond to Defendants' Requests for Production of Documents, Request No. 4. Accordingly, IT IS HEREBY ORDERED that Plaintiff file a response to Defendants' motion on or before **January 18, 2011.**

IT IS SO ORDERED.

DATED: December 29, 2010

                                                  Hon. Anthony J. Battaglia
                                                  U.S. Magistrate Judge
                                                  United States District Court