UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Latwahn McElroy<br>CDCR #P-71922<br>　　　　　　Plaintiff,<br>v.<br>Roy Cox, et. al.,<br>　　　　　　Defendants. | Civil No. 08-1221 JM (AJB)<br><br>**ORDER SETTING HEARING DATE ON DEFENDANTS' MOTION TO COMPEL** |

On December 17, 2010, Defendants filed a motion to compel discovery responses. The Court set a briefing schedule and Plaintiff has failed to respond. Accordingly, the Court sets a *telephonic* motion hearing on Defendants' motion to compel on **February 15, 2011 at 10:00 a.m..** Defendants will coordinate with the California State Prison, Sacramento to set up the conference call with Plaintiff.

IT IS SO ORDERED.

DATED: February 1, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court