# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# Fresno Division

| | |
|---|---|
| LATWAHN McELROY<br>CDCR #P-71922,<br><br>        Plaintiff,<br><br>vs.<br><br>ROY COX, et al.,<br><br>        Defendants. | Civil No.  1:08cv1221 JTM (MDD)<br><br>**ORDER DENYING DEFENDANTS'**<br>**REQUEST FOR COURT ORDER**<br><br>**[ECF No. 60]** |

  On March 25, 2011, Defendants filed a "Request for Notice to Plaintiff of Requirements for Opposing a Motion for Summary Judgment" [ECF No. 60]. In this request, Defendants indicate that they "have prepared their motion for summary judgment and are ready to file it." *See* Defs.' Req. at 1. Defendants go on to note that the court has not issued "a notice to Plaintiff of the requirements for opposing a motion for summary judgment." *Id.*

  The court is fully aware of its obligations with respect to the Ninth Circuit Court of Appeals' rulings in *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988). However, Defendants have not filed a Motion for Summary Judgment.Moreover, Defendants were instructed in the court's February 2, 2009 Order to

1  "contact the law clerk of the assigned judge to obtain a hearing date and time" prior to filing any
2  motion. *See* Feb. 2, 2009 Order at 4.
3       When Defendants contact the court and obtain a hearing date, the court will issue the
4  appropriate Order along with a briefing schedule. Until that time, Defendants' request is
5  premature and therefore, it is DENIED.
6       **IT IS SO ORDERED.**
7  DATED: March 30, 2011

                                                Hon. Jeffrey T. Miller
                                                United States District Judge