# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY, CDCR #P-71922,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROY COX et al.,<br><br>　　　　　　　Defendants. | CASE NO. 1:08-CV-1221-JTM (MDD)<br><br>**SCHEDULING ORDER** |

On May 5, 2011, this court issued an order granting Plaintiff an extension of time in which to file his opposition to Defendants' motion for summary judgment and continuing the hearing date on that motion to June 13, 2011. (Doc. No. 69.) In light of this delay in the proceedings, the court hereby vacates the remaining dates and deadlines as set forth in the August 6, 2010 Scheduling Order (Doc. No. 45) and resets the schedule as follows, along with a few modifications:

　　1.　　In lieu of the pretrial statements required under Eastern District Local Rule 281, each party must serve on each other party and file with the clerk a "Memorandum of Contentions of Fact and Law" in conformity with the requirements on Southern District Local Rule 16.1(f)(2) by ***May 27, 2011***.

　　2.　　Counsel shall comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before ***July 1, 2011***.

3. Objections to pretrial disclosures shall be filed no later than ***July 8, 2011***.

4. In lieu of the proposed pretrial order required under Eastern District Local Rule 283, Plaintiff must provide opposing counsel with a proposed pretrial order for review or approval pursuant to Southern District Local Rule 16.1(f)(6)(a) on or before ***July 11, 2011.*** In addition, Plaintiff must lodge a copy of the parties' final proposed pretrial order with this court's chambers on or before ***July 18, 2011*** pursuant to Southern District Local Rule 16.1(f)(6)(c). The required contents and format of the pretrial order are set forth in Southern District Local Rule 16.1(f)(6)(c).

5. The final pretrial conference is scheduled before this court on ***July 25, 2011*** at ***10:00 a.m.***

6. Trial in this matter shall commence on ***Monday, August 22, 2011*** at ***10:00 a.m.***

All other guidelines are restrictions set forth in the August 6 Scheduling Order remain in effect.

**IT IS SO ORDERED.**

DATED: May 17, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge