# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY, CDCR #P-71922,<br><br>                       Plaintiff,<br><br>  v.<br><br>ROY COX et al.,<br><br>                      Defendants. | CASE NO. 1:08-CV-1221-JTM (MDD)<br><br>**ORDER SETTING STATUS CONFERENCE** |

The parties in the above-entitled action are hereby ordered to appear telephonically before the court on **Friday, June 24, 2011** at **10:00am** for a status conference. Chambers may be contacted on that day at the following number: (619) 557-6627.

**IT IS SO ORDERED.**

DATED: June 10, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge

- 1 -                                                                 1:08-CV-1221-JTM (MDD)