# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
### Fresno Division

| | |
|---|---|
| LATWAHN McELROY,<br>CDCR #P-71922,<br><br>                           Plaintiff,<br><br>   vs.<br><br>R. COX; B. COPE; R. ROBLES;<br>P. ROCHA; T. ACOSTA; S. STINNETT;<br>M. HANKINS, CALIFORNIA<br>DEPARTMENT OF CORRECTIONS,<br><br>                          Defendants. | Civil No.   1:08cv1221-JTM-MDD<br><br>**ORDER TRANSFERRING CASE TO U.S. MAGISTRATE JUDGE IN THE FRESNO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA** |

     The above-entitled action is currently before this court on assignment from the Eastern District of California, and is scheduled to go to trial on September 6, 2011. (Doc. Nos. 7 & 77.) On June 24, 2011, the court conducted a telephonic status conference with the parties at which time Plaintiff and counsel for Defendants both consented, orally and on the record, to have the case transferred to a United States Magistrate Judge in the Fresno Division of the Eastern District of California for any subsequent pretrial and trial proceedings. Plaintiff had also previously signed a consent to the jurisdiction of a United States Magistrate Judge on September 29, 2008. (Doc. No. 5.)

//

Therefore, all parties' full and informed consent having been obtained, the court hereby orders that this case be TRANSFERRED to a United States Magistrate Judge in the Fresno Division of the Eastern District of California forthwith. In addition, the upcoming final pretrial conference and trial dates—currently set before this court on July 25, 2011 and September 6, 2011, respectively (Doc. Nos. 72 & 77)—are hereby VACATED, and shall be rescheduled by the assigned U.S. Magistrate Judge at his or her discretion.

**IT IS SO ORDERED**.

DATED: June 24, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge