1

2

3

4

5          **IN THE UNITED STATES DISTRICT COURT**

6          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    LATWAHN McELROY,                    1:08-cv-01221-LJO-GSA-PC

9              Plaintiff,               ORDER DENYING PLAINTIFF'S MOTION
          vs.                           FOR SUMMARY JUDGMENT AS
10                                       UNTIMELY
     ROY COX, et al.,                    (Doc. 89.)
11
              Defendants.
12   _____/

13          Latwahn McElroy ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action

14   under 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on August 19, 2008.

15   (Doc. 1.) This action now proceeds with the original Complaint against defendants Correctional Officer

16   ("C/O") Roy Cox, C/O B. Cope, C/O R. Robles, C/O Paul Rocha, C/O Thomas Acosta, C/O Sherri

17   Stinnett, and LVN M. Hankins, for excessive force and deliberate indifference in violation of the Eighth

18   Amendment.

19          On September 6, 2011, Plaintiff filed a motion for summary judgment.  (Docs. 89, 90.)  The

20   Court's scheduling order entered on August 6, 2010 established a deadline of April 1, 2011 for the

21   parties to file pre-trial motions.  (Doc. 45 at ¶7.)  The April 1, 2011 deadline has expired.  Therefore,

22   Plaintiff's motion is untimely and shall be denied as such.

23          Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment, filed

24   on September 6, 2011, is DENIED as untimely.

25

26          IT IS SO ORDERED.

27   **Dated:    September 13, 2011**              _____ **/s/ Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE
28