UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LATWAHN McELROY, | ) | 1:08-cv-01221-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO MARCH 9, 2012 FOR PLAINTIFF TO SEND WITNESS STATEMENTS TO DEFENDANTS (Doc. 104.) |
| vs. | ) | |
| | ) | |
| ROY COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Latwahn McElroy ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On February 17, 2012, the Court entered an order requiring Plaintiff to send three witness statements to Defendants within ten days of the date of service of the order. (Doc. 100.) On March 5, 2012, Plaintiff requested an extension of time until March 9, 2012 to send the witness statements to Defendants. (Doc. 104.)

    Good cause having been presented to the Court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to March 9, 2012, in which to send witness statements to Defendants, pursuant to the Court's order of February 17, 2012.

    IT IS SO ORDERED.

**Dated:   March 9, 2012**              /s/ **Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE