IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | 1:08-cv-01221-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR APPOINTMENT OF PRIVATE INVESTIGATOR AND COURT RUNNER |
| vs. | |
| ROY COX, et al., | |
| Defendants. | (Doc. 125.) |

On April 23, 2012, Plaintiff filed a request for appointment of a private investigator and court runner, to assist him in litigating this action. (Doc. 125.)

The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff in the instant request.

Accordingly, Plaintiff's request for the appointment of a private investigator and court runner is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   April 24, 2012              /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE