UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | 1:08-cv-01221-LJO-GSA-PC |
| Plaintiff, | SCHEDULING ORDER CHANGING TIME OF HEARING |
| v. | Telephonic Trial Confirmation Hearing: |
| ROY COX, et al., | Formerly:   May 10, 2012 at 8:30 a.m. in Courtroom 4 (LJO) |
| Defendants. | **NEW SCHEDULE:** **May 10, 2012 at 8:15 a.m. in Courtroom 4 (LJO)** |
| / | |

**PLEASE TAKE NOTICE:**

The schedule for the Telephonic Trial Confirmation Hearing in this action has been changed.

From:   May 10, 2012 at 8:30 a.m. in  Courtroom 4 (LJO)

**To:**   **May 10, 2012 at 8:15 a.m. in Courtroom 4 (LJO)**

The hearing shall now commence at 8:15 a.m. instead of 8:30 a.m.

IT IS SO ORDERED.

**Dated:   May 2, 2012**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE