1
2
3
4
5
6              **UNITED STATES DISTRICT COURT**
7                   EASTERN DISTRICT OF CALIFORNIA
8
9    LATWAHN McELROY,                    1:08-cv-01221-LJO-GSA-PC
10              Plaintiff,               ORDER DENYING PLAINTIFF'S MOTION
                                         TO CONDUCT FURTHER DISCOVERY
11        v.                             (Doc. 129.)
12   ROY COX, et al.,
13
14              Defendants.
15   _____/
16        This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Latwahn McElroy, a state
17   prisoner proceeding pro se and in forma pauperis.  This case is scheduled for jury trial to commence
18   on June 19, 2012 at 8:30 a.m. before District Judge Lawrence J. O'Neill.  On May 2, 2012, Plaintiff
19   filed a motion to conduct further discovery, to discover records of complaints against the defendants
20   relevant to the claims in this action.
21        The discovery phase in this action has concluded, and Plaintiff has not presented good cause
22   to reopen discovery at this late stage of the proceedings.  Therefore, the motion shall be denied.
23        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to conduct further discovery
24   is DENIED.
25
26
27        IT IS SO ORDERED.
28     **Dated:    May 7, 2012            _____ /s/ Gary S. Austin_____**

UNITED STATES MAGISTRATE JUDGE