1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8

9 LATWAHN McELROY,                         1:08-cv-01221-LJO-GSA-PC

10         Plaintiff,                      ORDER DENYING PLAINTIFF'S MOTION
                                           TO CONDUCT FURTHER DISCOVERY
11    v.                                   (Doc. 129.)

12 ROY COX, et al.,

13
           Defendants.
14
   _____/
15

16        This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Latwahn McElroy, a state

17 prisoner proceeding pro se and in forma pauperis.  This case is scheduled for jury trial to commence

18 on June 19, 2012 at 8:30 a.m. before District Judge Lawrence J. O'Neill.  On May 2, 2012, Plaintiff

19 filed a motion to conduct further discovery, to discover records of complaints against the defendants

20 relevant to the claims in this action.

21        The discovery phase in this action has concluded, and Plaintiff has not presented good cause

22 to reopen discovery at this late stage of the proceedings.  Therefore, the motion shall be denied.

23        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to conduct further discovery

24 is DENIED.

25

26

27    IT IS SO ORDERED.

28    **Dated:   May 7, 2012**              **/s/ Gary S. Austin**

1

UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28