1

2

3

4

5

6

7

8                    # UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LATWAHN McELROY,                      1:08-cv-01221-LJO-GSA-PC

12              Plaintiff,                 ORDER GRANTING REQUEST FOR
                                           SUBSTITUTION OF PARTIES
13        v.                               (Doc. 141.)

14   ROY COX, et al.,                      ORDER SUBSTITUTING LVN M. HANKINS
                                           IN PLACE OF DEFENDANT M. HANKINS
15              Defendants.
     _____/

16

17        This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Latwahn McElroy

18   (Plaintiff), a state prisoner proceeding pro se and in forma pauperis.  This case is scheduled for jury

19   trial to commence on June 19, 2012 at 8:30 a.m. before District Judge Lawrence J. O'Neill.

20        On May 10, 2012, the Court held a telephonic trial confirmation hearing in this action, during

21   which the parties stipulated on the record that Defendants be granted leave to substitute Licensed

22   Vocational Nurse (LVN) M. Hankins for Defendant M. Hankins (who is not an LVN) who was

23   incorrectly served in this case.

24        On May 17, 2012, Defendant M. Hankins, who worked as a Material and Stores Supervisor

25   I at Kern Valley State Prison (KVSP) requested an order substituting LVN M. Hankins in the place

26   of Defendant M. Hankins.  (Doc. 141.)  The substitution was requested on the grounds that

27   Defendant M. Hankins never interacted with, or medically examined, Plaintiff on February 5, 2007,

28   ///

                                           1

while LVN M. Hankins medically examined Plaintiff on February 5, 2007 at KVSP, and thus LVN M. Hankins is the proper Defendant in this case. (Doc. 141.)

Based on the foregoing, the substitution of parties shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.     LVN M. Hankins is substituted in place of Defendant M. Hankins (Material and Stores Supervisor I, KVSP); and

2.     Defendant M. Hankins (Material and Stores Supervisor I, KVSP) is dismissed from this action.

IT IS SO ORDERED.

**Dated:    May 21, 2012**                              **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE